[L. A. No. 1451.   Department Two.—September 21, 1904.]

## THE PEOPLE, Respondent, v. ALFRED D. MASON, Appellant.

JUDGMENT FORECLOSING CERTIFICATE OF PURCHASE—MOTION TO VACATE —COLLATERAL ATTACK—PUBLICATION OF SUMMONS—CASE AFFIRMED. —A motion to vacate a judgment which is valid upon its face, made more than six years after the entry of the judgment, upon which the affidavit of publication of summons and the publication thereof are attacked, must be determined upon the principles governing a collateral attack upon the judgment; and the order denying it is affirmed upon the authority of *People* v. *Norris, ante,* p. 422.

APPEAL from an order of the Superior Court of San Diego County denying a motion to vacate a judgment. E. S. Torrance, Judge.

The motion was made on the twenty-second day of May, 1903, to vacate a judgment entered December 7, 1896, foreclosing a certificate of purchase against the defendant, rendered upon the publication of summons, on the alleged ground that it was void. The facts in the case and principles of law involved are substantially the same as those set forth in the case of *People* v. *Norris, ante,* p. 422.

F. D. Brandon, and Edwin A. Wells, for Appellant.

U. S. Webb, Attorney-General, George A. Sturtevant, Deputy Attorney-General, and Cassius Carter, District Attorney, for Respondent.

THE COURT.—This case is in principle similar to that of *People* v. *Norris, ante,* p. 422, just decided, and on the authority of that case the judgment is affirmed.